COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Harold D. Register, III
Attorney at Law
P. O. Box 2473
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 6, 2026

**REHEARING ACTION: May 6, 2026**

**Docket Number: 26   00059-KW**

**STATE OF LOUISIANA**
**VERSUS**
**TRAVON DECARLO CHARLES**

**Writ Application from Lafayette Parish Case No. 188689**

**BEFORE JUDGES:**

   **Hon. Candyce G. Perret**
   **Hon. Charles G. Fitzgerald**
   **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that ruling on the

application for rehearing filed by **Travon Decarlo Charles** is:

> **REHEARING DENIED**. Uniform Rules—Courts of Appeal, Rule 2–18.7(1)
> provides that an application for rehearing will be considered in cases where the court has granted a writ application on the merits. In its original writ ruling herein, this court granted the writ but denied relief on the merits of the application.  Accordingly, the proper remedy to challenge this court's ruling on the writ is a timely application for writs to the Louisiana Supreme Court.

cc: Hon. Donald Dale Landry, Counsel for  the Respondent
    Holden Hoggatt, Counsel for  the Respondent